JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 14 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Andre L. Verdun (SBN 265436)
**CROWLEY LAW GROUP**
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
AndreVerdun@CrowleyLawGroup.com

Attorneys for Plaintiff,
JESSIE VERDUN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSIE VERDUN,** | Case No.: 2:15-cv-00257-PA-AGRx |
| Plaintiff, | *ORDER ON*  **JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| **CALIFORNIA BUSINESS BUREAU,** and **DOES** 1-10, | |
| Defendants. | |

*ORDER ON* **JOINT MOTION TO DISMISS**

*Verdun v. California Business Bureau*                    15-cv-257

Plaintiff Jessie Verdun ("Plaintiff") and Defendant California Business Bureau ("Defendant") jointly request that the court dismiss this entire case with prejudice. Each party is to bare their own fees and costs.

Dated this: **July 31, 2015**

**CROWLEY LAW GROUP**

/s/ Andre L. Verdun
Andre L. Verdun
Attorney for the Plaintiff

DATED: **July 31, 2015**

/s/ John Marshall
Attorney for Defendant
John Marshall

IT IS SO ORDERED

Dated 8/14/15

United States District Judge

-1-

**JOINT MOTION TO DISMISS**

*Verdun v. California Business Bureau*                           14-cv-0035